UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-80484-CV-ROSENBERG

NEXTERA ENERGY, INC., *and*
*Affiliated Subsidiaries formerly known as*
FPL Group, Inc.
FLORIDA POWER & LIGHT COMPANY
*separately and as parent of Florida Power*
*& Light Company and Affiliated Subsidiaries*
       Plaintiffs,
vs.

UNITED STATES,
       Defendant.
_____/

## NOTICE OF DISCLOSURE

      This is to notify all parties that the undersigned Judge is a personal friend of Pamela Rauch, Vice President of Development and External Affairs for Florida Power & Light Company. The Court does not see a conflict of interest. If any party feels that there may be a conflict, a motion shall be filed in CM/ECF for the undersigned to consider.

      Notice given this 1st day of September, 2015.

                                      ROBIN L. ROSENBERG
                                      UNITED STATES DISTRICT JUDGE

cc:     Counsel of record