IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:15-cv-80484-Rosenberg/Brannon

NEXTERA ENERGY, Inc. et al.,      )
                                  )
    Plaintiffs,                   )
                                  )
    v.                            )
                                  )
UNITED STATES OF AMERICA,         )
                                  )
    Defendant.                    )
_____)

## NOTICE OF TELEPHONIC APPEARANCE

Please take notice that, pursuant to the Court's Order dated August 27, 2015, the undersigned co-counsel for Plaintiffs, Robert T. Carney, intends to attend the hearing on Status/Case Management Conference and Order Setting Motion to Remove this case from the trial calendar (de 26) by teleconference, which is set for hearing on Friday, September 4, 2015 at 11:00 AM.

                                  Respectfully submitted,

September 2, 2015                 /s/   Robert T. Carney

                                  (DC Bar Number: 187989)
                                  Email: Robert.carney@fpl.com
                                  Florida Power & Light Company
                                  801 Pennsylvania Ave., N.W.
                                  Washington, DC 20004
                                  Telephone: (202)349-3344
                                   Facsimile: (202)347-7076

September 2, 2015 /s/ James P. Dawson

JAMES P. DAWSON
(Florida Bar Number: 612014)
Email: james.dawson@fpl.com
Florida Power & Light Company
700 Universe Blvd. Law/JB
Juno Beach, FL 33408
Telephone: (561)304-5172
Facsimile: (561)691-7103

Attorneys for Plaintiffs
NEXTERA ENERGY, INC. (f/k/a FPL Group, Inc.)
and Affiliated Subsidiaries, and Florida Power &
Light Company, Separately and as parent of the
Florida Power & Light Company and Affiliated
Subsidiaries

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on September 2, 2015, on all counsel or parties of record on the Service list.

Date: <u>September 2, 2015</u>                                         s/ James P. Dawson__
                                                                                                JAMES P. DAWSON

Case No.: 9:15-80484-Civ-Rosenberg/Brannon

**SERVICE LIST**

Cory A. Johnson
Cory.A.Johnson@usdoj.gov
Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
D.C. 20044
Tel: (202) 307-3046
Fax: (202) 514-9868
Attorney for Defendant
The United States

Gregory L. Jones
Gregory.L.Jones@usdoj.gov
Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station Washington,
Washington, D.C. 20044
Tel: (202) 305-3254
Fax: (202) 514-9868
Attorney for Defendant
The United States

Joseph A. Ganahl
Joseph.R.Ganahl@usdoj.gov
Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-0563
Fax: (202) 514-9868
Attorney for Defendant
The United States