UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-80484-ROSENBERG/BRANNON

NEXTERA ENERGY, INC. et al.,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.
_____/

## NOTICE OF DISCLOSURE

The undersigned hereby gives notice to the parties that the undersigned's husband, during the pendency of this litigation, purchased shares (in his retirement account) of Nextera Energy, Inc.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 29th day of August, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record